# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KEITH HARRIS,**

    **Plaintiff,**

**v.**                                                **CIVIL ACTION NO. 03-CV-238-DRH**

**DENNIS KUBA and**
**EDWARD MUZZEY,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court on Defendants' motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion is **GRANTED**. Judgment is entered in favor of Defendants **DENNIS KUBA** and **EDWARD MUZZEY** and against Plaintiff **KEITH HARRIS**.----------------------------------------------------------------------------------------

                                                  **NORBERT G. JAWORSKI, CLERK**

July __11th__, 2005                           BY:__/s/Patricia Brown__
                                                              Deputy Clerk

APPROVED:/s/   David RHerndon        EOD:_____
                **U.S. DISTRICT JUDGE**